UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIETRO PASQUALE-ANTONI SGROMO,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD GREGORY SCOTT, et al.,<br><br>Defendants. | Case No. 19-cv-08170-HSG<br><br>**ORDER GRANTING MOTION TO QUASH**<br><br>Re: Dkt. No. 48 |

Pending before the Court is Defendant and Petitioner Leonard Gregory Scott's motion to quash third-party subpoenas. *See* Dkt. No. 48. This action to confirm the arbitration award is not an opportunity to obtain wide-ranging discovery. And in any event, Plaintiff and Cross-Petitioner Pietro Pasquale-Antonio Sgromo has already filed his opposition and cross-petition to the motion to confirm the arbitration award and did not indicate that he required further discovery to support his opposition or cross-petition adequately. *See* Dkt. Nos. 30, 32. The Court accordingly **GRANTS** the motion to quash. The subpoenas that Mr. Sgromo issued to the following entities are hereby **QUASHED**: Comerica Bank, Wells Fargo Bank, T-Mobile; The San Francisco Police Department; Blair Keck, DDS; Ulf Fritz Bredeek, MD; Ricky Tong; and Patrizzio Fumigalli.

**IT IS SO ORDERED.**

Dated: 3/30/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge