UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE PLAN FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR GALVEZ, et al.,<br><br>Defendants. | Case No. 18-cv-07423-HSG<br><br>**JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Granting Motion to Confirm Arbritration Award,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 19th day of October, 2020.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.